IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARLOS GARCIA-DELACRUZ,                                          No. 3:07-cv-00007-BR

                                   Petitioner,

          v.                                 ORDER DISMISSING HABEAS
                                             CORPUS PETITION WITHOUT
JEAN HILL, Superintendent,                   PREJUDICE
Snake River Correctional Institution,

_____ Respondent.

          This matter having come before the Court on the motion of the petitioner to voluntarily

dismiss his habeas corpus petition,

          IT IS HEREBY ORDERED that he Petition for Writ of Habeas Corpus is dismissed without

prejudice.

          Dated this _22nd_ day of October, 2012.

                                             _____
                                             Anna J. Brown
                                             United States District Judge

Submitted by:


 /s/ Harold P. DuCloux, III
Harold P. DuCloux, III
Assistant Federal Public Defender


**Page 1   ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE**